IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01244-RPM

DESERIE A. ABAD,
ARNOLD BLAZON,
JOHNETTE R. CARTER,
SHAWNEE Y. DOGUE,
RUDOLFO GALLEGOS,
JESSICA HIERONYMUS,
SIMONE HUNTER,
ESSIE RUTLEDGE, and
MICHELLE WRENFROW,

        Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

        Defendant.
_____

ORDER DENYING MOTION TO REMAND
_____

On July 3, 2008, the plaintiffs filed a motion to remand, challenging subject matter jurisdiction on the basis of the amount in controversy. Upon review of the allegations of the complaint which include claims sounding in tort and for violations of Colorado statutes, including the Colorado Consumer Protection Act which provides for treble damages and it also appearing that the plaintiffs seek punitive damages, the Court finds and concludes that the defendant's allegation of the amount in controversy is sufficient for jurisdiction. In the plaintiffs' motion to remand, there has been no affirmative disavowal by all of the plaintiffs that none of them seeks damages beyond $75,000.00. It is now

ORDERED that the plaintiffs' motion to remand is denied.

DATED: July 7th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge