IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01244-RPM

DESERIE A. ABAD,
ARNOLD BLAZON,
JOHNETTE R. CARTER,
SHAWNEE Y. DOGUE,
RUDOLFO GALLEGOS,
JESSICA HIERONYMUS,
SIMONE HUNTER,
ESSIE RUTLEDGE, and
MICHELLE WRENFROW,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## ORDER RE:  STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice of the parties, and the Court being fully advised in the premises; it is

ORDERED that the above-captioned matter and the Complaint filed therein is hereby dismissed with prejudice as to all claims between Plaintiffs Deserie A. Abad, Arnold Blazon, Johnette R. Carter, Shawnee Y. Dogue, Rudolfo Gallegos, Jessica Hieronymus, Simone Hunter, Essie Rutledge, and Michelle Wrenfrow, and Defendant American Family Mutual Insurance Company, each party to pay their own costs and attorney's fees in this matter.

DATED this 8th day of September, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
United States District Court Judge